# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION



**FILED**

AUG 2 9 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | | |
|---|---|---|
| KINETIC CONCEPTS, INC., | § | |
| KCI LICENSING, INC., KCI USA, INC. | § | |
| and WAKE FOREST UNIVERSITY | § | |
| HEALTH SCIENCES | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. SA-03-CA-0832 – RF |
| | § | |
| BLUESKY MEDICAL CORPORATION, | § | |
| MEDELA AG, MEDELA, INC., and | § | |
| PATIENT CARE SYSTEMS, INC. | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On June 1, 2006, the court called this case for trial before a duly impaneled and sworn

jury.  Plaintiffs Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., and Wake Forest

University Health Sciences ("Plaintiffs") appeared in person through their corporate

representatives and counsel of record.  Defendants BlueSky Medical Corporation, Medela AG,

and Medela, Inc. appeared in person through their corporate representatives and counsel of

record.  Defendant Richard Weston appeared personally and through his counsel of record.

Defendants BlueSky Medial Corporation, Richard Weston, Medela AG, and Medela, Inc. are

referred to collectively herein as "Defendants."

Prior to trial, the Court ruled on certain claims brought by the parties.  Those rulings are

incorporated into this Final Judgment.  Interrogatories were submitted to the jury by the Court on

the remaining claims.  The jury answered those interrogatories.

The Court, having considered the verdict and all things both to the law and the evidence,

now enters judgment in this case.  It is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Plaintiffs take nothing on their claims against Defendants; and

2. Medela, Inc. and Medela. AG take nothing on their counterclaims against the Plaintiffs for declarations of patent invalidity and patent unenforceability

It is so ORDERED.

Signed this 29th day of August, 2006.

*Royal Furgeson*

ROYAL FURGESON
UNITED STATES DISTRICT JUDGE